IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 00-cv-00350-RPM

BRIAN P. CALCARI,

      Applicant,

v.

JOHN W. SUTHERS, Attorney General of the State of Colorado,

_____

ORDER STRIKING PLEADING
_____

      On November 7, 2011, the Clerk of this court received from Brian P. Calcari a pleading designated Motion Pursuant to F.R.Civ.Proc. Rule 60(b)(4), asserting that a judgment entered in civil action 00-cv-00350-RPM on July 7, 2000, dismissing Brian Calcari's application for writ of habeas corpus, filed February 15, 2000 and a judgment entered in civil action 04-cv-01298-ZLW, entered on September 14, 2004 dismissing the second application for writ of habeas corpus by Brian Calcari. The motion does not present any adequate basis for that assertion. Accordingly it is

      ORDERED that the pleading designated Motion Pursuant to F.R.Civ.Proc. Rule 60(b)(4) is stricken.

      DATED: November 8th, 2011

                                                      BY THE COURT:

                                                      s/Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch, Senior District Judge