IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 00-cv-00350-RPM

BRIAN P. CALCARI,

    Plaintiff,

v.

JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Defendant.

_____

## ORDER DENYING MOTIONS
_____

Brian P. Calcari persists in filing motions with the Clerk of this court in a closed civil action, seeking relief that is not available under any of the Federal Rules of Civil Procedure. It is

ORDERED that the pleadings designated Motion Requesting to Amend/Supplement Motion Pursuant to F.R.Civ.Proc.Rule 60(b)(4) [38] and Motion Reasserting Prior Motion Pursuant to F.R.Civ.P. 60(b)(4) [46] are denied. No certificate of appealability will issue because the pleadings being filed by Brian P. Calcari are frivolous and without merit.

DATED: January 13th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge