IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 00-cv-00350-RPM

BRIAN P. CALCARI,

     Plaintiff,

v.

JOHN W. SUTHERS, Attorney General of the State of Colorado,

     Defendant.

_____

## ORDER DENYING MOTIONS
_____

     Brian P. Calcari persists in filing motions with the Clerk of this court in a closed civil action, seeking relief that is not available under any of the Federal Rules of Civil Procedure.  It is

     ORDERED that the pleadings designated Motion Requesting to Amend/Supplement Motion Pursuant to F.R.Civ.Proc.Rule 60(b)(4) [38] and Motion Reasserting Prior Motion Pursuant to F.R.Civ.P. 60(b)(4) [46] are denied.  No certificate of appealability will issue because the pleadings being filed by Brian P. Calcari are frivolous and without merit.

     DATED: January 13th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge